IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 5:01CR50013-002 |
| | ) | |
| RODRIGO VELA | ) | |

**ORDER OF DISMISSAL**

Now on this 19th day of August, 2005, comes on for consideration the government's Motion to Dismiss pursuant to Rule 48(a), Federal Rules of Criminal Procedure, and upon consideration of the same, the Court is of the opinion that the Motion should be granted.

NOW THEREFORE, it is ordered that the Indictment filed in the above-entitled and numbered cause against the defendant Rodrigo Vela, is hereby dismissed.

    **/s/ Jimm Larry Hendren**
Jimm Larry Hendren
Chief United States District Judge